UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZ JEAN BAPTISTE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>FRANCES M. RAMIREZ-JACKSON,<br><br>　　　　　　Respondent. | CASE NO. SA CV 16-01416 VBF (AFM)<br><br>FINAL JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, **final judgment is hereby entered in favor of the respondent and against petitioner Fritz Jean Baptiste.**

Dated: Tuesday, January 31, 2017

*Valerie Baker Fairbank*
_____
　　VALERIE BAKER FAIRBANK
　　SENIOR U. S. DISTRICT JUDGE